ORIGINAL

RECEIVED
MAR 15 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

See attached list.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Fred J. Livingstone

Firm Name: Taft, Stettinius & Hollister, LLP

Post Office Box: 07-174 C

Street Address: 200 Public Square, Suite 3500

City-State-Zip: Cleveland, OH 44114

Telephone & Facsimile Numbers: (216) 241-2838 / (216) 241-3707 - Fax

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 2 8

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. __________

Agency Identification Code: H U D

See attached sheet for three-digit codes.

Amount Claimed: $709,400.00

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☒ Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $__________

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:

Date of Vaccination: __________

Related Cases:

Is this case directly related to any pending or previous case? ☒ Yes ☐ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

**LIST OF PLAINTIFFS**

1. Housing Authority of the Township of Pennsauken

2. Pennsauken Senior Towers Urban Renewal Associates, LLC