ORIGINAL

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

FILED
MAR 15 2007
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **PENNSAUKEN SENIOR TOWERS URBAN RENEWAL ASSOCIATES, LLC**<br>4300 Haddonfield Road, Suite 111<br>Pennsauken, NJ 08109<br><br>and<br><br>**HOUSING AUTHORITY OF THE TOWNSHIP OF PENNSAUKEN**<br>2400 Bethel Avenue<br>Pennsauken, NJ 08109<br><br>Plaintiffs,<br><br>vs.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>Defendant. | CASE NO.<br><br>07-174 C<br><br>**NOTICE OF DIRECTLY RELATED CASES** |

Pursuant to the provisions in RCFC 40.2(a), Plaintiffs, Pennsauken Senior Towers Urban Renewal Associates, LLC and Housing Authority of the Township of Pennsauken, hereby give Notice of Directly Related Cases:

CASE NAME: Statesman II Apartments, Inc., et al. v. The United States of America

CASE NUMBERS: 04-805C and 04-806C (Consolidated)

CASE NAME: Mayflower Housing Partnership v. The United States of America

CASE NUMBER: 06-731C

These cases are *directly related* because they involve the same form of contract and the same issues, namely HUD's breach of its contract rent adjustment provisions in its Housing Assistance Payment ("HAP") Contracts, and in particular HUD's breach of Section 1.8 of the HAP Contract, which entitled the contracting entity to Automatic Annual Adjustments in the

amount of rent paid by HUD, and which is the subject of dispute in the cases named above and in the Complaint herein filed.

In the interests of efficiency and for the sake of consistency in outcome, these cases should be assigned to the judge already familiar with the issues. Such an assignment will conserve judicial resources and promote an efficient determination of the actions.

Respectfully submitted,

Dated: 3/14/07

Fred J. Livingstone (0009528)
Mark J. Valponi (0009527)
Majeed G. Makhlouf (0073853)
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838

Attorneys for Plaintiffs