ORIGINAL

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

FILED
MAR 15 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **PENNSAUKEN SENIOR TOWERS URBAN RENEWAL ASSOCIATES, LLC**<br>4300 Haddonfield Road, Suite 111<br>Pennsauken, NJ 08109<br><br>and<br><br>**HOUSING AUTHORITY OF THE TOWNSHIP OF PENNSAUKEN**<br>2400 Bethel Avenue<br>Pennsauken, NJ 08109<br><br>Plaintiffs,<br><br>vs.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>Defendant. | ) | CASE NO.<br><br>07-174 C<br><br>**<u>CORPORATE DISCLOSURE STATEMENT</u>** |

Pursuant to the Corporate Disclosure Statement provisions in RCFC 7.1: A non-governmental corporate party to an action or proceeding in this court must file two copies of a statement that identifies any parent corporation and any publicly held company that owns 10% or more of its stock or states that there is no such corporation. A party must file the statement upon its first appearance, pleading, petition, motion, response, or other request addressed to the court, and promptly file a supplemental statement upon any change in the information that the statement requires.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: <u>Pennsauken Senior Towers Urban Renewal Associates, LLC.</u>

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

_____ **Yes** __X__ **No**

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

______________________________________________

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ **Yes** __X__ **No**

If the answer is Yes, list below the identity of such corporation and the nature of the financial interest.

---

Respectfully submitted,

Dated: 3/14/07

Fred J. Livingstone (0009528)
Mark J. Valponi (0009527)
Majeed G. Makhlouf (0073853)
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838

Attorneys for Plaintiffs