IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-174C
(Filed: May 11, 2007)

PENNSAUKEN SENIOR TOWERS URBAN RENEWAL ASSOCIATES, LLC.,

and

HOUSING AUTHORITY OF THE TOWNSHIP OF PENNSAUKEN,

Plaintiffs,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the court is the government's unopposed motion, filed May 7, 2007, seeking an enlargement of time within which to file an answer or other responsive pleading to and including June 22, 2007. The government avers this extension is necessary to gather pertinent information.

The government's motion is **GRANTED**. The government shall file its answer or other responsive pleading on or before June 22, 2007.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge