IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-174C
(Filed: June 8, 2007)

PENNSAUKEN SENIOR TOWERS URBAN RENEWAL ASSOCIATES, LLC.,

and

HOUSING AUTHORITY OF THE TOWNSHIP OF PENNSAUKEN,

Plaintiffs,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the court is the government's second unopposed motion, filed June 7, 2007, seeking an enlargement of 60 days, to August 21, 2007, within which to file an answer or other responsive pleading. The government avers that this extension is necessary to gather pertinent information to consider plaintiffs' claims.

The government's motion is GRANTED. The government shall file its answer or other responsive pleading on or before August 21, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge