**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PENNSAUKEN SENIOR TOWERS URBAN RENEWAL ASSOCIATES, LLC, ET AL.**<br><br>Plaintiffs,<br><br>vs.<br><br>**THE UNITED STATES OF AMERICA**,<br><br>Defendant. | ) | **CASE NO . 07-174C**<br><br>**JUDGE CHARLES F. LETTOW** |
| **HADDON HOUSING ASSOCIATES, LIMITED PARTNERSHIP, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**THE UNITED STATES OF AMERICA**<br><br>Defendant. | ) | **CASE NO. 07-646C**<br><br>**JUDGE CHARLES F. LETTOW** |

**PLAINTIFFS' MOTION FOR CONSOLIDATION OF RELATED CASES**

Pursuant to Rule 42.1, Plaintiffs in Case No. 07-174C, Pennsauken Senior Towers Urban Renewal Associates, LLC and Housing Authority of the Township of Pennsauken and Plaintiffs in Case No. 07-646C, Haddon Housing Associates Limited Partnership and the Housing Authority of the Township of Haddon ("Plaintiffs"), hereby move for the consolidation of the above-referenced related cases on the docket of the Honorable Judge Charles F. Lettow. In support of this Motion, Plaintiffs state as follows:

1. Under Rule 42 of this Court, "when actions involving a common question of law or fact are pending before the court, it may…order all the actions consolidated;

and it may make such orders governing proceedings therein as may tend to avoid unnecessary cost or delay."

2. Here, consolidation is just and appropriate because both of the above-referenced cases are related cases that involve the same causes of action, the same federal questions, and the same defendant, The United States. One plaintiff in each case is a private landlord and one plaintiff in each case is a local public housing authority who are suing based upon the same legal theory to recover housing assistance payments allegedly owned under Section 8 of the Housing Act of 1937, as amended, 42 U.S.C. §1437f. All plaintiffs are represented by the same counsel, Taft Stettinius & Hollister LLP.

3. In each case the housing authority plaintiff has leased premises from the private landlord and has obligated that landlord to operate the property and be responsible for all expenses thereof.

4. Consolidation of the above-referenced cases would advance the interests of justice by ensuring that both cases proceed on the same track, are not subject to duplication of time and effort, and do not produce inconsistent results.

WHEREFORE, Plaintiffs respectfully request that the Court issue an Order consolidating the above-referenced cases under the earliest case number, 07-174C.

Respectfully submitted,

Dated: September 18, 2007

/s/ Fred J. Livingstone

Fred J. Livingstone (0009528)
Mark J. Valponi (0009527)
Majeed G. Makhlouf (0073853)
TAFT, STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
(216) 241-2838

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2007 I electronically filed Plaintiffs' Motion for Consolidation of Related Cases with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

/s/ Fred J. Livingstone
Fred J. Livingstone