IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-174C

(Filed: October 1, 2007)

| | |
|---|---|
| PENNSAUKEN SENIOR TOWERS URBAN RENEWAL ASSOCIATES, LLC., | ) |
| and | ) |
| HOUSING AUTHORITY OF THE TOWNSHIP OF PENNSAUKEN, | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |

ORDER

Pending before the court is the government's Unopposed Motion for an Enlargement of Time. The government seeks an enlargement of time of 33 days to file the Joint Preliminary Status Report ("JPSR") that is currently due on October 11, 2007.

For good cause shown, the government's motion is GRANTED. The JPSR is due by November 13, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge