IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-174C & No. 07-646C

(Filed: October 5, 2007)

PENNSAUKEN SENIOR TOWERS URBAN RENEWAL ASSOCIATES, LLC.,

and

HOUSING AUTHORITY OF THE TOWNSHIP OF PENNSAUKEN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

HADDON HOUSING ASSOCIATES, LIMITED PARTNERSHIP, LLC.,

and

HOUSING AUTHORITY OF THE TOWNSHIP OF HADDON,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the plaintiff's Motion for Consolidation of Related Cases,

filed September 18, 2007. The plaintiff seeks to consolidate *Pennsauken Senior Towers Urban Renewal Associates, LLC v. United States*, Case No. 07-174C, and *Haddon Housing Assoc. v. United States*, Case No. 07-646C, pursuant to Rule 42.1 of the Rules of the Court of Federal Claims. The government filed an Opposition to Plaintiffs' Motion to Consolidate on October 1, 2007, resisting consolidation.

For good cause shown, the plaintiff's motion is GRANTED. The cases are consolidated. *Pennsauken Senior Towers Urban Renewal Associates, LLC v. United States* shall be the lead case and only this lead plaintiff's name need be listed in the case caption, though both case numbers shall be shown. The government's answer to the plaintiff's complaint in *Haddon Housing Assoc. v. United States* remains due by November 5, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge