IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-174C & No. 07-646C

(Filed: October 31, 2007)

PENNSAUKEN SENIOR TOWERS URBAN RENEWAL ASSOCIATES, LLC.,

and

HOUSING AUTHORITY OF THE TOWNSHIP OF PENNSAUKEN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's Unopposed Motion for an Enlargement of Time Within Which to File its Answer and the Joint Preliminary Status Report, filed October 31, 2007. The government seeks an enlargement of time of 60 days, to and including January 4, 2008, within which to file its answer or other responsive pleading that is currently due on November 5, 2007 in No. 07-646C. The government also seeks to extend the deadline within which the parties shall file their JPSR from November 13, 2007, to 49 days after defendant files its answer pursuant to Appendix A of the Rules of the Court of Federal Claims.

For good cause shown, the government's motion is GRANTED. The government shall file its answer or other responsive pleading in No. 07-646C on or before January 4, 2008. The parties shall file their JPSR on or before February 22, 2008.

Counsel are reminded that the court previously consolidated *Pennsauken Senior Towers Urban Renewal Assoc., LLC v. United States*, Case No. 07-174C, and *Haddon Housing Assoc. v. United States*, Case No. 07-646C, for all purposes. As stated in the order dated October 5, 2007, No. 07-174C is the lead case, and No. 07-646C is the member case. Duplicate filings need not be made in No. 07-646C.

It is so ORDERED.

s/ Charles F. Lettow
Judge