IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PENNSAUKEN SENIOR TOWERS URBAN RENEWAL ASSOCIATES, LLC, et al., | ) | |
| Plaintiffs, | ) | No. 07-174C |
| | ) | No. 07-646C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME WITHIN
WHICH TO FILE THE JOINT PRELIMINARY STATUS REPORT

Plaintiff and defendant respectfully request an enlargement of time of 60 days, to and including April 22, 2008, within which to file the joint preliminary status report which is currently due on February 22. 2008.

Defendant's counsel will be out of the office from February 11-18, 2008, while plaintiff's counsel will be out of the office from February 15-27, 2008. Upon their return, counsel for the parties will continue to work towards resolving the issues set forth in the complaint and desire additional time for this purpose.

Respectfully submitted,

JEFFREY S. BUCHHOLZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Fred J. Livingstone
FRED J. LIVINGSTONE
Taft Stettinus & Hollister LLP
200 Public Sqaure, Suite 3500
Cleveland, OH 44114
Tel: (216) 241-2838
Fax: (216) 241-3707

Attorney for Plaintiffs

s/ Armando Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

February 7, 2008

CERTIFICATE OF FILING

I hereby certify that on this _7_th day of February, 2008, a copy of the foregoing "JOINT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE THE JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo