IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-174C & No. 07-646C

(Filed: February 7, 2008)

PENNSAUKEN SENIOR TOWERS URBAN RENEWAL ASSOCIATES, LLC.,

and

HOUSING AUTHORITY OF THE TOWNSHIP OF PENNSAUKEN,

Plaintiffs,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the court is the parties' Joint Motion for an Enlargement of Time, filed February 7, 2008. The parties seek an enlargement of time of 60 days to file the Joint Preliminary Status Report ("JPSR") that is currently due on February 22, 2008.

For good cause shown, the parties' motion is GRANTED. The JPSR is due by April 22, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge