IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-174C & No. 07-646C

(Filed: April 18, 2008)

PENNSAUKEN SENIOR TOWERS URBAN RENEWAL ASSOCIATES, LLC.,

and

HOUSING AUTHORITY OF THE TOWNSHIP OF PENNSAUKEN,

Plaintiffs,

v.

UNITED STATES,

Defendant,

ORDER

The court acknowledges the Joint Preliminary Status Report ("JPSR") filed by the parties on April 16, 2008. In light of the government's representations in the JPSR, the court anticipates receiving a motion for partial dismissal within 30 days.

It is so ORDERED.

s/ Charles F. Lettow
Judge