IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-174C & No. 07-646C

(Filed: July 3, 2008)

PENNSAUKEN SENIOR TOWERS URBAN RENEWAL ASSOCIATES, LLC.,

and

HOUSING AUTHORITY OF THE TOWNSHIP OF PENNSAUKEN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A hearing on defendant's Motion to Dismiss, In Part, shall be held by telephonic means on July 22, 2008, at 10:00 a.m. EDT. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge