IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-174C & No. 07-646C

(Filed: July 3, 2008)

PENNSAUKEN SENIOR TOWERS URBAN RENEWAL ASSOCIATES, LLC.,

and

HOUSING AUTHORITY OF THE TOWNSHIP OF PENNSAUKEN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

AMENDED SCHEDULING ORDER

The hearing scheduled for July 22, 2008, shall be held at the National Courts Building, commencing at 10:00 a.m. The particular courtroom to be used will be listed in the lobby of the courthouse on the day of the proceeding.

It is so ORDERED.

s/ Charles F. Lettow
Judge