IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PENNSAUKEN SENIOR TOWERS URBAN RENEWAL ASSOCIATES, LLC, ET AL., | ) | |
| Plaintiffs, | ) | No. 07-174C |
| | ) | No. 07-646C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE
HEARING UPON DEFENDANT'S MOTION TO DISMISS, IN PART

Defendant respectfully requests that this Court reschedule the hearing upon defendant's motion, which the Court set for July 22, 2008, at 10:00 a.m. Defendant conferred with plaintiff's counsel who does not oppose our request provided that the new hearing date occurs after August 10, 2008. We request that the hearing be rescheduled for the week of August 18, 2008, or at a later time convenient to the Court.

The reason for this request is that defendant's counsel of record will be out of the office from July 19 through July 26, 2008 in connection with the case of Great Lakes v. United States, No. 07-218C (Fed. Cl.) (a hearing is set in West Palm Beach, Florida for July 21, 2008) and four days vacation. Plaintiff's counsel, however, will be out the office until August 10, 2008, and defendant's counsel of record will be away from August 9 through 16, 2008 in connection with the taking and defending of depositions in the case of Aliamanu Conservation Partners, Inc., v. United States, No. 07-134C (Fed. Cl.).

Accordingly, the Government respectfully requests that the Court reschedule the hearing upon our motion for the week of August 18, 2008, or at a later time convenient to the Court.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Armando Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

July 7, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 7th day of July, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE HEARING UPON DEFENDANT'S MOTION TO DISMISS, IN PART" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Armando Rodriguez-Feo