**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PENNSAUKEN SENIOR TOWERS URBAN RENEWAL ASSOCIATES, LLC, ET AL.** | ) | **CASE NOS . 07-174C & 07-646** |
| Plaintiffs, | ) | **JUDGE CHARLES F. LETTOW** |
| vs. | ) | |
| **THE UNITED STATES OF AMERICA**, | ) | **<u>NOTICE OF ADDITIONAL AUTHORITY</u>** |
| Defendant. | ) | |

Plaintiff, Haddon Housing Associates, hereby notifies the Court and counsel for the Defendant that it will refer to the following cases, copies of which are attached:

*Helen Mitchell et al. v. United States, et al.* 10 Cl. Ct. 63, revised opinion 10 Cl.Ct. 787 (1986).

*National Railroad Passenger Corporation v. Notter*, 677 F. Supp.1

*Skinner v. Shirley of Hollywood*, 723 F. Supp. 50.

Respectfully submitted,

*/s/ Fred J. Livingstone*
Fred J. Livingstone (0009528)
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
(216) 241-2838
(216) 241-3707 – Fax
flivingstone@taftlaw.com

Attorney for Plaintiffs

Of Counsel:
Mark J. Valponi (0009527)
Majeed G. Makhlouf (0073853)
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
(216) 241-2838
(216) 241-3707 – Fax

Dated: August 19, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2008 I electronically filed a copy of the foregoing *Notice of Additional Authority* with the Clerk of the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Fred J. Livingstone*
Attorney for Plaintiffs