IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PENNSAUKEN SENIOR TOWERS<br>URBAN RENEWAL ASSOCIATES, LLC, et al. | ) | |
| Plaintiffs, | ) | No. 07-174C<br>No. 07-646C<br>(Judge Lettow) |
| v. | ) | |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

JOINT NOTICE OF ADDITIONAL AUTHORITY

Pursuant to the Court's verbal order at the August 20, 2008 hearing on defendant's motion to dismiss, in part, the parties respectfully submit United States Department of Housing and Urban Development Notice 95-12 as Exhibit A to this filing. The parties agree that the expiration date of Notice 95-12 has been extended indefinitely.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Fred Livingstone
FRED LIVINGSTONE
Attorney
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Tele: (216) 706-3925
Fax: (216) 241-3707

Attorney for Plaintiff

s/Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

August 22, 1008

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of August, 2008, a copy of the foregoing "JOINT NOTICE OF ADDITIONAL AUTHORITY," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Armando Rodriguez-Feo_